

# JUDGMENT

# The Fourteenth Court of Appeals

DOUG SHAW, Appellant

NO. 14-17-00458-CV           V.

KHALED ALATTAR, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 15, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Doug Shaw.

We further order this decision certified below for observance.